FILE COPY

SHERRY RADACK
CHIEF JUSTICE

TERRY JENNINGS
EVELYN KEYES
LAURA CARTER HIGLEY
JANE BLAND
MICHAEL MASSENGALE
HARVEY BROWN
REBECA HUDDLE
RUSSELL LLOYD
JUSTICES

CHRISTOPHER A. PRINE
CLERK OF THE COURT

JANET WILLIAMS
CHIEF STAFF ATTORNEY

PHONE: 713-274-2700
FAX:    713-755-8131

www.txcourts.gov/1stcoa.aspx



# Court of Appeals
# First District

**301 Fannin Street**
**Houston, Texas 77002-2066**

April 6, 2015

Clair Audrey Wolf
#01836668 TDCJ
Wallace Pack Unit
2400 Wallace Pack Road
Navasota, TX 77868

    **RE:**    **Court of Appeals Number:** 01-11-00806-CR thru 01-11-00814-CR
             **Trial Court Case Number:** 1271120 thru 1271128

**Style:** Clair Audrey Wolf v. The State of Texas

    This is to acknowledge your communication received March 25, 2015. Our Court does not provide free copies of any documents without prepayment of costs and postage. The fees associated with obtaining copies of court records are as follows: ten cents ($0.10) per page for the first 50 pages, and 50 cents ($0.50) per page thereafter. Certified copies including certificate and seal certification are one dollar ($1.00) per page with a five dollar ($5.00) minimum.

    The costs for your request are as follows:

Reporter's Record 10 Volumes filed: (Vol.1.) 23 pgs., (Vol.2.) 133 pgs., (Vol.3) 216 pgs., (Vol.4) 240 pgs., (Vol.5) 102 pgs., (Vol.6) 60 pgs., (Vol.7) 47 pgs., (Vol.8) 46 pgs., (Vol.9) 316 pgs., (Vol.10) 232 pgs. = 1415 pgs. $687.50
Briefs filed: (1) Appellant's brief 15 pgs. & (1) State's brief 19 pgs. = $17.00
Shipping fee: $10.10
Total cost: $714.60

    Please make the cashier's check or money order payable to Court of Appeals, First District of Texas.

          Sincerely,

          Christopher A. Prine, Clerk of the Court
          By Jesse Rodriguez, Deputy Clerk IV